UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:18-cr-71-FtM-99CM

MICHAEL FREY, M.D.

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent (Doc. 10), has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Counts One and Two of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Counts One and Two, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such Counts. I, therefore, respectfully **RECOMMEND** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly. The parties have waived the fourteen-day objection period to this Report and Recommendation (Docs. 9, 10).

**DONE AND ENTERED** at Fort Myers, Florida, this 4th day of June, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies to:

The Honorable Sheri Polster Chappell
Counsel of Record