UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:18-cr-71-FtM-99CM

MICHAEL FREY, M.D.
_____

## **ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's motion for an Order of Forfeiture against the Defendant in the amount of $472,112.88.

Being fully advised of the relevant facts, the Court hereby finds that the Defendant obtained at least $472,112.88 in proceeds as a result his participation in two separate conspiracies to solicit and receive remunerations (including any kickbacks), for which payments were made in whole or in part under a Federal health care program, to which he pled guilty.

The Court further finds that the Defendant agreed to pay the full sum of $472,112.88 in satisfaction of this Order of Forfeiture.

Accordingly, it is hereby:

**ORDERED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the Defendant shall be held liable for an Order of Forfeiture in the amount of $472,112.88.

It is **FURTHER ORDERED** that, upon entry, this order shall become a final order of forfeiture as to the Defendant.

**DONE and ORDERED** in Fort Myers, Florida, this 20th day of July, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record