UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 2:18-cr-71-SPC-UAM

MICHAEL FREY

# ORDER[1]

Before the Court is non-party Steven Chun's Unopposed Motion for Limited Release of Un-Redacted Sentencing Transcript, which the Government does not oppose. (Doc. 62). The Court sentenced Defendant Dr. Michael Frey three years ago and sealed the part of his hearing where Dr. Frey's cooperation with law enforcement was discussed. (Doc. 48; Doc. 54). Because Dr. Frey may testify against Chun at his upcoming criminal trial, Chun asks the Court to unseal the part of Dr. Frey's sentencing so he can assess Dr. Frey's motive, bias, and creditability for testifying against him.

After reviewing the sealed portion of the sentencing transcript, and because the Government does not oppose the Motion, the Court will authorize the disclosure of the un-redacted transcript in a limited capacity.

Accordingly, it is

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

Non-party Steven Chun's Unopposed Motion for Limited Release of Un-Redacted Sentencing Transcript (Doc. 62) is **GRANTED**. The Court authorizes the un-redacted transcript of Defendant's sentencing transcript to:

1. the United States Attorney's Office to the extent government counsel or staff are working on the *United States v. Chun and Tondre*, No. 8:20-cr-120-WFJ-JSS;

2. Mark P. Rankin, counsel for non-party Steven Chun; and

3. Bjorn Brunvand, Roger Futerman, and Nicole Hughes Waid, counsel for non-party Daniel Tondre.

**DONE AND ORDERED** in Fort Myers, Florida on April 4, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Mark P. Rankin, Esq.
          Counsel of Record